**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02310-REB-CBS

CHRISTINE T. HENZE,

    Plaintiff,

v.

PEYTON SCHOOL DISTRICT, 23-JT

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated October 25, 2012, at Denver, Colorado.

                                  **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge