**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02310-REB-CBS

CHRISTINE T. HENZE,

    Plaintiff,

v.

PEYTON SCHOOL DISTRICT NO. 23-JT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation for Dismissal with Prejudice** [#50] filed December 6, 2012. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** [#50] filed December 6, 2012, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated December 7, 2012, at Denver, Colorado.

                                       **BY THE COURT**:

                                       Robert E. Blackburn
                                       United States District Judge